HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BAINBRIDGE TAXPAYERS UNITE, a Washington non-profit corporation; LEE ROSENBAUM, an individual; JANICE PYKE, an individual; and MICHAEL POLLOCK, an individual,

Plaintiffs,

v.

THE CITY OF BAINBRIDGE ISLAND, a municipal corporation; KOLBY MEDINA, an individual; MORGAN SMITH, an individual; and JOHN AND JANE DOES 1-100, other unknown individuals or legal entities who participated in the complained of conducts,

Defendant.

Case No. 3:22-cv-05491-TL

**PLAINTIFF BAINBRIDGE TAXPAYERS UNITE'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule ("LCR") 7.1, Plaintiff Bainbridge Taxpayers Unite ("BTU") states as follows:

BTU is a Washington non-profit corporation and has no corporate parent nor is there any publicly held corporation owning 10% of its stock. There is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1).

PLAINTIFF BAINBRIDGE TAXPAYERS UNITE'S CORPORATE DISCLOSURE STATEMENT - 1
Case No. 3:22-cv-05491-TL

BUCHALTER
1420 FIFTH AVE., STE. 3100
SEATTLE, WA 98101-1337
PHONE: 206-319-7052

BN 71986391v1

DATED this 1st day of August, 2022.

        BUCHALTER
        A Professional Corporation


By: */s/ Bradley P. Thoreson*
  Bradley P. Thoreson, WSBA #18190
  Alexandra M. Shulman, WSBA No. 48888
  1420 Fifth Ave., Ste. 3100
  Seattle, WA 98101-1337
  Phone: 206-319-7052
  Email: bthoreson@buchalter.com
  Email: ashulman@buchalter.com

  Joshua M. Robbins (Admitted *Pro Hac Vice*)
  1800 Von Karman Avenue, Suite 800
  Irvine, CA 92612
  Phone: (949) 224-6284
  Email: jrobbins@buchalter.com

  Attorneys for Plaintiffs

PLAINTIFF BAINBRIDGE TAXPAYERS UNITE'S CORPORATE DISCLOSURE STATEMENT - 2
Case No. 3:22-cv-05491-TL

BUCHALTER
1420 F IFTH A VE ., S TE . 3100
S EATTLE , WA 98101-1337
P HONE : 206-319-7052

BN 71986391v1

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and will send notification of such filing to the following:

>Jessica A. Skelton, WSBA #36749
>Shweta Jayawardhan, WSBA #58490
>Pacifica Law Group LLP
>1191 Second Avenue, Suite 2000
>Seattle, WA  98101
>Telephone:  (206) 245-1700
>Email:  Jessica.skelton@pacificalawgoup.com
>Email:  Shweta.jayawardhan@pacificalawgroup.com
>
>Attorneys for Defendants The City of Bainbridge Island, Kolby Medina and Morgan Smith

DATED this 1st day of August, 2022.

>*s/ Marci L. Brandt*
>Marci L. Brandt, Legal Assistant

CERTIFICATE OF SERVICE
Case No. 3:22-cv-05491-TL

BUCHALTER
1420 FIFTH AVE., STE. 3100
SEATTLE, WA 98101-1337
PHONE: 206-319-7052

BN 71986391v1