UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAINBRIDGE TAXPAYERS UNITE, a Washington non-profit corporation; LEE ROSENBAUM, an individual; JANICE PYKE, an individual; and MICHAEL POLLOCK, an individual,<br><br>                Plaintiffs,<br><br>   v.<br><br>THE CITY OF BAINBRIDGE ISLAND, a municipal corporation; KOLBY MEDINA, an individual; MORGAN SMITH, an individual; and JOHN AND JANE DOES 1-100, other unknown individuals or legal entities who participated in the complained of conduct,<br><br>                Defendants. | CASE NO. 3:22-cv-05491-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On September 13, 2022, the parties in this matter submitted a stipulated motion for a protective order. Dkt. No. 24. When parties submit a stipulated protective order for approval in this district, they must provide the Court with a redlined version that identifies departures from the Model Stipulated Protective Order for the Western District of Washington. LCR 26(c).

(2) No redlined version was provided. Accordingly, the stipulated motion for a protective order (Dkt. No. 24) is STRICKEN. The Court will consider a proposed stipulated motion with provision of a redlined version.

(3) If the proposed order differs significantly from the model, as an alternative to providing a redlined version, the parties may explain why they should not be subject any provisions missing from the model.

Dated this 19th day of September 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk