HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BAINBRIDGE TAXPAYERS UNITE, a Washington non-profit corporation; LEE ROSENBAUM, an individual; and JANICE PYKE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF BAINBRIDGE ISLAND, a municipal corporation.; KOLBY MEDINA, an individual; MORGAN SMITH, an individual; COATES DESIGN, INC., a Washington corporation; JOSEPH LEVAN, an individual; and JOHN and JANE DOES 1-100, other unknown individuals or legal entities who participated in the complained of conducts,<br><br>Defendants. | Case No. 3:22-cv-05491-TL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR RESPONSES AND REPLIES TO MOTIONS TO DISMISS**<br><br>*Noted for Consideration: 02/08/2023* |

**STIPULATION**

Plaintiffs and Defendants submit this stipulated motion and [proposed] order to extend Plaintiffs' deadline to file a response to Defendants The City of Bainbridge Island, Kolby Medina, and Morgan Smith's Motion to Dismiss Plaintiffs' First Amended Complaint and Defendant Coates Design, Inc.'s Motion to Dismiss and Joinder in the Motion to Dismiss by the City of Bainbridge Island, Medina, and Smith. It is hereby STIPULATED and AGREED by and between Plaintiffs and Defendants that Plaintiffs will file its Response on March 13, 2023; and Defendants

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE - 1
CASE NO. 3:22-CV-05491-TL

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

will file their replies on March 31, 2023.

We certify that this memorandum contains 94 words, in compliance with the Local Civil Rules.

DATED: February 9, 2023.

| | |
|---|---|
| BUCHALTER<br>A Professional Corporation<br><br>By: *s/ Bradley P. Thoreson*<br>Bradley P. Thoreson, WSBA #18190<br>Alexandra M. Shulman, WSBA No. 48888<br>1420 Fifth Ave., Ste 3100<br>Seattle, WA 98101-1337<br>Phone: 206-319-7052<br>bthoreson@buchalter.com<br>ashulman@buchalter.com<br><br>Joshua M. Robbins (Admitted *Pro Hac Vice*)<br>1800 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>Phone: 949-224-6284<br>jrobbins@buchalter.com<br><br>*Attorneys for Plaintiffs* | PACIFICA LAW GROUP LLP<br><br>By:  *s/ Jessica A. Skelton*<br>Jessica A. Skelton, WSBA #36749<br>Shweta Jayawardhan, WSBA #48888<br>1191 Second Ave., Ste 2000<br>Seattle, WA 98101<br>Phone: 206-245-1700<br>Jessica.skelton@pacificalawgoup.com<br>Shweta.jayawardhan@pacificalawgroup.com<br><br>*Attorneys for Defendants City of Bainbridge, Kolby Medina, Morgan Smith, and Joseph Levan* |
| | CAIRNCROSS & HEMPELMANN, P.S.<br><br>By:  *s/ Lindsey M. Pflugrath*<br>Lindsey M. Pflugrath, WSBA #36964<br>Stephen P. VanDerhoef, WSBA #20088<br>524 Second Ave., Ste 500<br>Seattle, WA 98104-2323<br>Phone: 206-254-4482<br>lpflugrath@cairncross.com<br>svanderhoef@cairncross.com<br><br>*Attorneys for Defendant Coates Design, Inc.* |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE - 2
CASE NO. 3:22-CV-05491-TL

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA  98101-1337
TELEPHONE: 206.319.7052

## ORDER

The Court GRANTS the Parties' Stipulation (Dkt. No. 40) to Extend Plaintiffs' Deadline to Respond to Defendants The City of Bainbridge Island, Kolby Medina, and Morgan Smith's Motion to Dismiss Plaintiffs' First Amended Complaint and Defendant Coates Design, Inc.'s Motion to Dismiss and Joinder in the Motion to Dismiss by the City of Bainbridge Island, Medina, and Smith.

It is hereby STIPULATED and AGREED by and between Plaintiffs and Defendants that Plaintiffs will file its Response **on March 13, 2023**; and Defendants will file their replies **on March 31, 2023**.

Dated this 9th day of February 2023.

_____
Tana Lin
United States District Judge

Submitted by:

BUCHALTER
A Professional Corporation

By: _s/ Bradley P. Thoreson_
Bradley P. Thoreson, WSBA #18190
Alexandra M. Shulman, WSBA No. 48888
1420 Fifth Ave., Ste 3100
Seattle, WA 98101-1337
Phone: 206-319-7052
bthoreson@buchalter.com
ashulman@buchalter.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE - 3
CASE NO. 3:22-CV-05491-TL

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

PACIFICA LAW GROUP LLP

By: *s/ Jessica A. Skelton*
Jessica A. Skelton, WSBA #36749
Shweta Jayawardhan, WSBA #58490
1191 2nd Ave., Ste 2000
Seattle, WA 98101
Phone: 206-245-1700
Email: Jessica.Skelton@pacificalawgroup.com
Email: Shweta.Jayawardhan@pacificalawgroup.com

*Attorneys for Defendants City of Bainbridge, Kolby Medina, Morgan Smith, and Joseph Levan*

CAIRNCROSS & HEMPELMANN, P.S.

By: *s/ Lindsey M. Pflugrath*
Lindsey M. Pflugrath, WSBA #36964
Stephen P. VanDerhoef, WSBA #20088
524 Second Ave., Ste 500
Seattle, WA 98104-2323
Phone: 206-254-4482
lpflugrath@cairncross.com
svanderhoef@cairncross.com

*Attorneys for Defendant Coates Design, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE - 4
CASE NO. 3:22-CV-05491-TL

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and will send notification of such filing to the following:

Jessica A. Skelton, WSBA #36749
Shweta Jayawardhan, WSBA #58490
PACIFICA LAW GROUP LLP
1191 Second Ave., Ste 2000
Seattle, WA 98101
Telephone: (206) 245-1700
jessica.skelton@pacificalawgoup.com
shweta.jayawardhan@pacificalawgroup.com

*Attorneys for Defendants The City of Bainbridge Island, Kolby Medina, Morgan Smith, and Joseph Levan*

Lindsey M. Pflugrath, WSBA #36964
Stephen P. VanDerhoef, WSBA #20088
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Ave., Ste 500
Seattle, WA 98104-2323
Phone: 206-254-4482
lpflugrath@cairncross.com
svanderhoef@cairncross.com

*Attorneys for Defendant Coates Design, Inc.*

DATED this 8th day of February 2023.

                               s/ Pandy Savage McVay
                               *(Temporary Coverage for)*
                               Marci L. Brandt, Legal Assistant

BN 74946664v1

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE - 5
CASE NO. 3:22-CV-05491-TL

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052