HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BAINBRIDGE TAXPAYERS UNITE, a Washington non-profit corporation; LEE ROSENBAUM, an individual; and JANICE PYKE, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY OF BAINBRIDGE ISLAND, a municipal corporation.; KOLBY MEDINA, an individual; MORGAN SMITH, an individual; COATES DESIGN, INC., a Washington corporation; JOSEPH LEVAN, an individual; and JOHN and JANE DOES 1-100, other unknown individuals or legal entities who participated in the complained of conducts,<br><br>　　　　　　　　Defendants. | Case No. 3:22-cv-05491-TL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>*Noted for Consideration:  02/08/2023* |

This matter comes before the Court pursuant to Local Civil Rule 7(f) on a stipulated motion for Plaintiffs to file an overlength brief in support of its response to Defendants' Motions to Dismiss, requesting that the Court grant leave to file a brief in excess of the twenty-four (24) page limit imposed by Local Civil Rule 7(e)(2), in support of Plaintiffs' response to Defendants' Motions to Dismiss (the "Motions").

Having Reviewed the Stipulated Motion for Leave to File Overlength Brief and all relevant records and files herein, the Court hereby GRANTS the stipulated motion (Dkt. No. 41). The page limit for Plaintiffs' response shall be 10,150 words (or 29 pages).

Dated this 9th day of February 2023.

Tana Lin
United States District Judge

Submitted by:

BUCHALTER
A Professional Corporation

By: *s/ Bradley P. Thoreson*
Bradley P. Thoreson, WSBA #18190
Alexandra M. Shulman, WSBA No. 48888
1420 Fifth Ave., Ste 3100
Seattle, WA 98101-1337
Phone: 206-319-7052
bthoreson@buchalter.com
ashulman@buchalter.com

Joshua M. Robbins (Admitted *Pro Hac Vice*)
1800 Von Karman Avenue, Suite 800
Irvine, CA 92612
Phone: 949-224-6284
jrobbins@buchalter.com

*Attorneys for Plaintiffs*

PACIFICA LAW GROUP LLP

By: *s/ Jessica A. Skelton*
Jessica A. Skelton, WSBA #36749
Shweta Jayawardhan, WSBA #48888

1191 Second Ave., Ste 2000
Seattle, WA 98101
Phone: 206-245-1700
Jessica.skelton@pacificalawgoup.com

Shweta.jayawardhan@pacificalawgroup.com

*Attorneys for Defendants City of Bainbridge, Kolby Medina, Morgan Smith, and Joseph Levan*

CAIRNCROSS & HEMPELMANN, P.S.

By*:   s/ Lindsey M. Pflugrath*
Lindsey M. Pflugrath, WSBA #36964
Stephen P. VanDerhoef, WSBA #20088
524 Second Ave., Ste 500
Seattle, WA 98104-2323
Phone: 206-254-4482
lpflugrath@cairncross.com
svanderhoef@cairncross.com

*Attorneys for Defendant Coates Design, Inc.*