HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BAINBRIDGE TAXPAYERS UNITE, a Washington non-profit corporation; LEE ROSENBAUM, an individual; and JANICE PYKE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF BAINBRIDGE ISLAND, a municipal corporation; KOLBY MEDINA, an individual; MORGAN SMITH, an individual; COATES DESIGN, INC., a Washington corporation; JOSEPH LEVAN, an individual; and JOHN and JANE DOES 1-100, other unknown individuals or legal entities who participated in the complained of conducts,<br><br>Defendants. | NO. 3:22-CV-05491-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION TO DISMISS RICO CLAIMS AND DEFENDANTS COATES DESIGN, INC. AND MORGAN SMITH<br><br>NOTE ON MOTION CALENDAR:<br>**March 17, 2023** |

The Court has considered the Stipulated Motion to Dismiss RICO Claims and Defendants Coates Design, Inc. and Morgan Smith (Dkt. No. 46) and now, therefore, ORDERS that Plaintiffs' claims under 18 U.S.C. § 1962(c) and (d) (*see* Dkt. No. 32, First and Second Causes of Action ("RICO claims")) are DISMISSED WITH PREJUDICE and without an award of attorney's fees or costs to any

[PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION TO DISMISS RICO CLAIMS AND DEFENDANTS COATES DESIGN, INC. AND MORGAN SMITH - 1

{04733768.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA  98104
office 206 587 0700 fax: 206 587 2308

Party, and that Defendants Coates Design, Inc. and Morgan Smith are DISMISSED as Parties to this action.

Dated this 21st day of March 2023.

_____
Tana Lin
United States District Judge

Presented By:

CAIRNCROSS & HEMPELMANN, P.S.

BY: /S/ LINDSEY M. PFLUGRATH
Lindsey M. Pflugrath WSBA No. 36964
Stephen P. VanDerhoef WSBA No. 20088
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Phone: (206) 587-0700
Facsimile: (206) 587-2308
lpflugrath@cairncross.com
svanderhoef@cairncross.com
*Attorneys for Defendant Coates Design, Inc.*

BUCHALTER
A Professional Corporation


/s/ Bradley P. Thoreson (per email authorization received 3/17/23)
Bradley P. Thoreson, WSBA #18190
Alexandra M. Shulman, WSBA No. 48888 1420 Fifth Ave., Ste 3100
Seattle, WA 98101-1337
Phone: 206-319-7052
bthoreson@buchalter.com
ashulman@buchalter.com

Joshua M. Robbins (Admitted Pro Hac Vice)
1800 Von Karman Avenue, Suite 800
Irvine, CA 92612
Phone: 949-224-6284
jrobbins@buchalter.com

*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION TO DISMISS RICO CLAIMS AND DEFENDANTS COATES DESIGN, INC. AND MORGAN SMITH - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA 98104
office 206 587 0700 fax: 206 587 2308

{04733768.DOCX;1 }

1 | PACIFICA LAW GROUP LLP

2

3 | */s/ Jessica A. Skelton   (per email authorization received 3/17/23)*
4 | Jessica A. Skelton, WSBA #36749
  | Shweta Jayawardhan, WSBA #48888 1191 Second Ave., Ste
5 | 2000
  | Seattle, WA 98101
6 | Phone: 206-245-1700
  | Jessica.skelton@pacificalawgoup.com
7 | Shweta.jayawardhan@pacificalawgroup.com

8 | *Attorneys for Defendants The City of Bainbridge Island, Kolby Medina, Morgan Smith, and Joseph Levan*

[PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION TO DISMISS RICO CLAIMS AND DEFENDANTS COATES DESIGN, INC. AND MORGAN SMITH - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA  98104
office 206 587 0700 fax: 206 587 2308

{04733768.DOCX;1 }

**Certificate of Service**

I, Sara Webster, certify under penalty of perjury of the laws of the State of Washington that on March 17, 2023, I electronically filed this document entitled [PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION TO DISMISS RICO CLAIMS AND DEFENDANTS COATES DESIGN, INC. AND MORGAN SMITH using the CM/ECF system which will send notification of such filing to the following persons:

*Attorneys for Plaintiffs*

Alexandra Mogel Shulman
Buchalter PC (OR)
Email: ashulman@buchalter.com

Bradley P Thoreson
Buchalter PC (SEA)
Email: bthoreson@buchalter.com

Joshua Robbins
Buchalter (OC)
Email: jrobbins@buchalter.com

*Attorneys for Defendants The City of Bainbridge Island; Kolby Medina; and Morgan Smith.*

Jessica A. Skelton, WSBA #36749
Shweta Jayawardhan, WSBA #58490
Pacifica Law Group LLP

Email: Jessica.skelton@pacificalawgroup.com
Email: Shweta.jayawardhan@pacificalawgroup.com


DATED this 17th day of March, 2023, at Seattle, Washington.


/s/ Sara Webster
Sara Webster, Legal Assistant
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 254-4482
Facsimile: (206) 587-2308
E-mail: swebster@cairncross.com

---

[PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION TO DISMISS RICO CLAIMS AND DEFENDANTS COATES DESIGN, INC. AND MORGAN SMITH - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA  98104
office 206 587 0700 fax: 206 587 2308

{04733768.DOCX;1 }