UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAINBRIDGE TAXPAYERS UNITE, a Washington non-profit corporation, et al.,<br><br>                    Plaintiffs,<br>       v.<br><br>THE CITY OF BAINBRIDGE ISLAND, a municipal corporation, et al.,<br><br>                    Defendants. | CASE NO. 3:22-cv-05491-TL<br><br>ORDER TO SHOW CAUSE |

The Parties have stipulated to, and the Court has granted, dismissal of the federal RICO claims in this action, as well as Defendants Coates Design, Inc., and Morgan Smith. *See* Dkt. Nos. 46, 47. The remaining Defendants are ORDERED TO SHOW CAUSE why the remaining claims should not be remanded to state court by **March 27, 2023**.

Dated this 21st day of March 2023.

Tana Lin
United States District Judge

ORDER TO SHOW CAUSE - 1