1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BAINBRIDGE TAXPAYERS UNITE, a Washington non-profit corporation, et al., | CASE NO. 3:22-cv-05491-TL |
| Plaintiffs, | ORDER REGARDING ORDER TO SHOW CAUSE |
| v. | |
| THE CITY OF BAINBRIDGE ISLAND, a municipal corporation, et al., | |
| Defendants. | |

Plaintiffs are INVITED to file a response to the Court's March 21, 2023, Order to Show Cause (Dkt. No. 48) and to Defendants' arguments (Dkt. No. 49) by **no later than April 3, 2023**. No replies shall be permitted.

Dated this 28th day of March 2023.

Tana Lin
United States District Judge